RICHARD BECKER, Appellant, v STATE of NEW YORK, Respondent.

Submitted September 29, 2003; decided December 2, 2003

On the Court's own motion, appeal dismissed, without costs, upon the ground that it does not lie (*see* NY Const, art VI, § 3 [b]; CPLR 5601). Motion for poor person relief dismissed as academic.

SHYRON BYNOG et al., Appellants-Respondents, v CIPRIANI GROUP, INC., et al., Respondents-Appellants, et al., Defendants. (And Another Action.)

Submitted October 6, 2003; decided December 2, 2003

Motion to enlarge record on appeal denied.

Chief Judge KAYE taking no part.